APPEAL No. 1802. JOSEPH J. GAVAZZI, *p/p/a et al. v.* MADDALENA GAVAZZI, *a/k/a et al.* Petitioners ordered to appear Mon-

day, February 5, 1973 to show cause why appeal should not be dismissed for lack of prosecution. *Abatuno & Chisholm, Alfred G. Thibodeau,* for petitioners. *Paul V. Reynolds,* for respondents.